**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

JAMES ROGER BISSONNETTE

CASE NO. 6:10-BK-19203-KSJ
CHAPTER 7

Debtor(s)
_______________________________/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came for consideration upon the Motion for Relief From Stay, filed by U.S. BANK, NATIONAL ASSOCIATION seeking relief from the automatic stay (D.E. 11). No appropriate response having been filed in accordance with Local Rule 2002-4; and the Court, being fully advised in the premises, finds that said motion is meritorious. Accordingly, it is

ORDERED:

1. The 14 day stay period cannot be waivered or reduced.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to Movant's interest in the following property:

**THE SOUTH 1/2 OF THE EAST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 20, TOWNSHIP 21 SOUTH, RANGE 26 EAST, LAKE COUNTY, FLORIDA, LESS THE EAST 35 FEET THEREOF FOR ROAD RIGHT OF WAY, AND ALSO LESS THE SOUTH 25 FEET THEREOF FOR ROAD RIGHT OF WAY.**

**A/K/A 20221 Sugarloaf Mountain Road, Clermont, Florida 34711**

3. The Movant may add attorney's fees and cost, not to exceed $500.00, incurred as a result of filing the Motion for Relief from Stay to the mortgage debt.

4. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property, and that Movant shall not obtain an in personam relief against the Debtor(s).

DONE and ORDERED in Orlando, Florida, this 27th day of January, 2011

Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:
U.S. BANK, NATIONAL ASSOCIATION
c/o Joshua D. Donnelly
9204 King Palm Drive
Tampa, FL 33619-1328

JAMES ROGER BISSONNETTE
20221 SUGARLOAF MOUNTAIN ROAD
CLERMONT, FL 34715

ERIC A LANIGAN,ESQUIRE
831 W. MORSE BLVD
WINTER PARK, FL 32789

LEIGH R. MEININGER, TRUSTEE
P.O. BOX 1946
ORLANDO, FL 32802

UNITED STATES TRUSTEE
135 WEST CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801